In the Matter of the Claim of MICHAEL BROWN, Respondent, against BOON & SULLIVAN et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

(Submitted May 27, 1936; decided July 8, 1936.)

*William B. Davis* and *E. C. Sherwood* for appellants.
*Cornelius J. Carey, Jr.,* for claimant-respondent.
*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.; O'BRIEN, J., taking no part.